# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BARASA HITEN,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.  1:22-cv-00473-BAM<br><br>ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO OBEY A COURT ORDER AND FOR FAILURE TO PROSECUTE<br><br>(Doc. 3)<br><br>**FOURTEEN-DAY DEADLINE** |

Plaintiff Jonathan Barasa Hiten, through counsel, initiated this action on April 21, 2022. (Doc. 1.) Plaintiff did not pay the filing fee and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. 2.) Upon review, the Court found Plaintiff's application insufficient to determine if Plaintiff was entitled to proceed without prepayment of fees in this action. Accordingly, on April 22, 2022, the Court ordered Plaintiff to either (1) pay the $402.00 filing fee for this action or (2) complete and file the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO239 within thirty (30) days. (Doc. 3.) The Court warned, "If Plaintiff fails to comply with this order, this action shall be dismissed." (*Id.* at 2.) Plaintiff has not paid the filing fee or submitted a Long Form application to proceed *in forma pauperis*, and the time in which to do so has passed.

Plaintiff is HEREBY ORDERED to SHOW CAUSE why this action should not be dismissed for Plaintiff's failure to comply with the Court's order and Plaintiff's failure to

prosecute this action.  Within fourteen (14) days of the date of this order, Plaintiff shall either pay the $402.00 filing fee for this action or complete and file the Long Form application to proceed *in forma pauperis*.

**Plaintiff is advised that failure to respond to this order will result in a recommendation for dismissal of this action for failure to obey a court order and failure to prosecute.**

IT IS SO ORDERED.

Dated: **June 6, 2022**      /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

2