UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BARASA HITEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.  1:22-cv-00473-BAM<br><br>**ORDER ON APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING CLERK TO ISSUE SUMMONS AND SCHEDULING ORDER**<br><br>(Docs. 2, 5)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>(Doc. 4.) |

　　　　Plaintiff Jonathan Barasa Hiten, through counsel, initiated this action on April 21, 2022. (Doc. 1.) Plaintiff did not pay the filing fee and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. 2.) Upon review, the Court found Plaintiff's application insufficient to determine if Plaintiff was entitled to proceed without prepayment of fees in this action.  The Court thus ordered Plaintiff to either (1) pay the $402.00 filing fee for this action or (2) complete and file the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO239 within thirty (30) days. (Doc. 3.)  Plaintiff failed to pay the filing fee or submit a Long Form application.  Accordingly, on June 7, 2022, the Court issued an order to show cause why this action should not be dismissed for failure to obey a court order and for failure to prosecute.  The Court directed Plaintiff to either pay the $402.00 filing fee and complete and file the Long Form application to proceed *in forma pauperis*.  (Doc. 4.)

On June 21, 2022, Plaintiff filed the Long Form application. (Doc. 5.) Plaintiff also explained that the delay resulted from his mother being hospitalized. (Doc. 5-2.)

Having considered the Long Form application, Plaintiff has made the showing required by § 1915, and the request to proceed *in forma pauperis* will be granted. 28 U.S.C. § 1915(a). Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's application to procced *in forma pauperis* is GRANTED;
2. The Clerk of the Court is directed to issue new case documents, including the Scheduling Order;
3. The Clerk of the Court also is directed to issue summons and service shall proceed under the Court's E-Service program with the Clerk delivering to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of the action along with the summons and complaint; and
4. The Order to Show Cause issued on June 7, 2022, (Doc. 4), is DISCHARGED.

IT IS SO ORDERED.

Dated:   **June 22, 2022**                      /s/ *Barbara A. McAuliffe*
                                                                UNITED STATES MAGISTRATE JUDGE