**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHAN BARASA HITEN,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI[1],<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:22-cv-0473 JLT BAM<br><br>ORDER ADOPTING THE FINDINGS AND RECOMMENDATIONS, GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, DENYING DEFENDANT'S REQUEST TO AFFIRM, AND REMANDING FOR FURTHER ADMINISTRATIVE PROCEEDINGS<br><br>(Docs. 21, 22, and 23) |

Jonathan Hiten initiated this action seeking judicial review of a final decision of the Commissioner of Social Security denying his application for benefits. (Docs. 1, 21.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

The magistrate judge found the ALJ's decision was "not supported by substantial evidence in the record as a whole and is not based on proper legal standards." (Doc. 23 at 13; *see also id.* at 8-12.) Therefore, the magistrate judge recommended Plaintiff's motion for summary judgment be granted and the matter be remanded for further administrative proceedings. (*Id.* at 13-14.) In addition, the magistrate judge recommended that judgment be entered in favor of Plaintiff and against the Commissioner. (*Id.* at 14.)

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi is substituted for Andrew Saul as the defendant in this suit.

1

The Court served the Findings and Recommendations on all parties on September 7, 2023 and notified them that any objections were due within 14 days.  (Doc. 23 at 14.)  The Court also informed the parties that "the failure to file objections within the specified time may result in the waiver of the 'right to challenge the magistrate's factual findings' on appeal." (*Id.*, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).)  No objections were filed and the time to do so has expired.

Pursuant to 28 U.S.C. § 636 (b)(1)(c), this Court conducted a *de novo* review of the case.  Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Accordingly, the Court **ORDERS**:

1. The Findings and Recommendations issued on September 7, 2023 (Doc. 23) are **ADOPTED**.
2. Plaintiff's Motion for Summary Judgment (Doc. 21) is **GRANTED** and the decision of the ALJ is vacated.
3. Defendant's request to affirm the decision (Doc. 22) is **DENIED**.
4. The matter is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.
5. The Clerk of Court is directed to enter judgment in favor of Plaintiff Jonathan Barasa Hiten and against defendant Kilolo Kijakazi, Acting Commissioner of Social Security, and to close this case.

IT IS SO ORDERED.

Dated: **September 22, 2023**

UNITED STATES DISTRICT JUDGE