1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11  JONATHAN BARASA HITEN,       )   Case No.: 1:22-cv-0473 JLT BAM
                                    )

12            Plaintiff,      )   ORDER AWARDING ATTORNEY'S FEES
                                      )   PURSUANT TO 28 U.S.C. § 2412(d)

13       v.                  )
                                      )   (Doc. 27)

14  KILOLO KIJAKAZI,          )
Acting Commissioner of Social Security,  )

15                                      )

16            Defendant.     )
_____ )

17        Jonathan Barasa Hiten and Kilolo Kijakazi, the Acting Commissioner of Social Security,

18  stipulated that Plaintiff shall be awarded fees in the amount of $9,500.00 pursuant to the Equal Access

19  to Justice Act, 28 U.S.C. § 2412(d).  (Doc. 27.)  Accordingly, the Court **ORDERS**, subject to the terms

20  of the parties' stipulation:

21        1.     Plaintiff is **AWARDED** fees in the amount of $9,500.00 under 28 U.S.C. § 2412(d).

22        2.     Plaintiff's motion for attorney's fees (Doc. 26) is terminated as **MOOT**.

23

24  IT IS SO ORDERED.

25    Dated:  __**December 28, 2023**__

26                                    UNITED STATES DISTRICT JUDGE

27

28